UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHERRY L. BODNAR, on Behalf of herself and All Others Similarly Situated,**<br><br>   Plaintiff,<br><br>vs.<br><br>**BANK OF AMERICA, N.A.,**<br><br>   Defendant. | Case No. 5:14-cv-03224-EGS |

## NOTICE OF SETTLEMENT

Plaintiff and Bank of America, N.A., ("Bank of America") through their respective undersigned counsel, hereby notify the Court that on October 30, 2015, they executed a Settlement Term Sheet evidencing an agreement in principle. The proposed settlement will be memorialized in a complete written settlement agreement and related documents, which the parties will file with the Court as part of a motion for preliminary approval.

Based on the foregoing, the parties respectfully request that all current deadlines set forth in the Court's Second Amended Scheduling Order (ECF No. 50) be suspended pending the filing of the proposed Settlement Agreement.

Dated: November 2, 2015

| | |
|---|---|
| /s/ Hassan Zavareei | /s/ Michael B. Miller |
| Hassan A. Zavareei (*pro hac vice*) | Michael B. Miller (*pro hac vice*) |
| Jeffrey Kaliel (*pro hac vice*) | Jessica Kaufman (*pro hac vice*) |
| **TYCKO & ZAVAREEI LLP** | **MORRISON & FOERSTER LLP** |
| 2000 L Street, N.W., Suite 808 | 255 West 55th Street |
| Washington, D.C. 20036 | New York, NY 10019 |
| Telephone: (202) 973-0900 | Telephone: (212) 468-8000 |
| Facsimile: (202) 973-0950 | mbmiller@mofo.com |
| hzavareei@tzlegal.com | jkaufman@mofo.com |
| jkaliel@tzlegal.com | |

*Interim Lead Class Counsel*

Andrew J. Soven
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8288
asoven@reedsmith.com

Jeffrey M. Ostrow (*pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
200 S.W. First Avenue, 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
Facsimile: (954) 525-4300
ostrow@kolawyers.com

*Counsel for Defendant, Bank of America, N.A.*

James C. Shah
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
35 E. State Street
Media, PA 19063
Telephone: (610) 891-9880
Facsimile: (610) 891-9883
jshah@sfmslaw.com

*Interim Class Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, I filed the foregoing document with the Court's CM ECF filer, thereby causing a true and correct copy to be delivered to all ECF-registered counsel of record.

/s/ Hassan A. Zavareei
Hassan A. Zavareei