IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRY L. BODNAR, on behalf of herself and All Others Similarly Situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 14-3224 |
| v. | : : | |
| BANK OF AMERICA, N.A., | : : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 10th day of February, 2016, in accordance with the schedule of events outlined in paragraph 9 of the order granting the plaintiff's unopposed motion for certification of a settlement class and preliminary approval of class action settlement (Doc. No. 75), it is hereby **ORDERED** that the court will hold a Final Fairness Hearing on the class action settlement on **Wednesday, August 3, 2016,** at **10:30 a.m.**, at the Holmes Building, 4th Floor, 101 Larry Holmes Drive, Easton, Pennsylvania.

BY THE COURT:

 /s/ *Edward G. Smith, J.*
EDWARD G. SMITH, J.