# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-3408

Sherry Bodnar v. Bank of America NA

(Originating Case No. 5-14-cv-03224)

**ORDER**

FILED
SEP 07 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: September 7, 2016

kr/cc: Christopher A. Bandas, Esq.
      Joseph R. Palmore, Esq.
      Jonathan K. Tycko, Esq.

A True Copy:
*Marcia M. Waldron*
Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.